JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORIO CRUZ,<br><br>        Petitioner,<br><br>        v.<br><br>D. OLLISON, Warden,<br><br>        Respondent. | No. CV 07-1291-GHK (JCR)<br><br>JUDGMENT |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is DENIED with prejudice.

DATED: 5/19/08

GEORGE H. KING
UNITED STATES DISTRICT JUDGE